✎ AO 120 (Rev. 2/99)

| TO: | |
|---|---|
| **Commissioner of Patents**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Colorado___ on the following **Patents**

| DOCKET NO.<br>**10-cv-02029** | DATE FILED<br>**8/23/10** | U.S. DISTRICT COURT<br>**FOR THE DISTRICT OF COLORADO** |
|---|---|---|
| PLAINTIFF<br>Otter Products, LLC | | DEFENDANT<br>MiTAC Digital Corporation |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | **Please see copy of Complaint attached hereto** |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>**GREGORY C. LANGHAM** | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**